IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARY KAY HUDSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)  CIVIL NO. 3:16-CV-00271-GCM<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and Defendant's response thereto,

IT IS THEREFORE ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $1,870.56, payable to Plaintiff and sent to Plaintiff's counsel, Whitney T. Scarborough, Esquire.

Signed: February 8, 2017

Graham C. Mullen
United States District Judge